UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO . 06-22509-CIV-GOLD/MCALILEY
(Case No. 96-443-Cr-Gold)

ORESTES HERNANDEZ,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION; CLOSING CASE

THIS CAUSE comes before the Court on the Report and Recommendation [DE 10] issued by Magistrate Judge Patrick A. White on January 8, 2007. Petitioner Hernandez filed his Petition for Habeas Corpus pursuant to 28 U.S.C. 2255 on October 10, 2006 and raised the following claims: (1) his sentence was imposed in violation of the Fifth and Sixth Amendments because the enhancements were not charged in the indictment or proven to the jury beyond a reasonable doubt; and (2) he received ineffective assistance of counsel because his lawyer did not seek correction of his sentence pursuant to Rule 35(a) based on Apprendi v. New Jersey, 530 U.S. 466 (2000). Following the issuance of this Report, Petitioner filed a Motion for Extension [DE 11], a Motion for Judicial Notice [DE 12], and Motion for Leave to Supplement [DE 13] and a Motion to Stay [DE 14] pending the resolution of those motions. I granted Petitioner's requests for an extension and a stay pending the resolution of the two remaining motions, but I ultimately denied the Motion for Judicial Notice and the Motion for Leave to Supplement on August 6, 2007 [DE 20]. Petitioner filed objections to the Report on September 11, 2007 [DE 21].

As discussed in the Report, Judge White concluded that the Eleventh Circuit had already addressed Petitioner's first claim for relief in his second appeal. In doing so, the Eleventh Circuit denied his claim on procedural grounds and on the merits. With respect to Petitioner's second claim for relief, Judge White concluded that Petitioner had not established that but for the argued deficiency in representation, there is a reasonable probability that the result of the proceeding would have been different. Although Petitioner filed objections, those objections do not sufficiently address the conclusions by Judge White, and Petitioner attempts to re-argue the merits of an issue which was already decided by the Eleventh Circuit.

Having considered the Petition, Report, and Objections, as well as the entire case file and the history of Petitioner's criminal case and prior petitions for habeas corpus, I adopt the Report and Recommendation, deny the Petition, and close this case. Accordingly, it is hereby

ORDERED AND ADJUDGED that

1. The Report [DE 10] is ADOPTED.

2. The Petition [DE 1] is DENIED.

3. This case is CLOSED.

4. All pending motions are DENIED as moot.

DONE AND ORDERED in Chambers in Miami, Florida this _8_ day of September, 2008.

THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc:
U.S. Magistrate Judge Patrick A. White
All counsel of record

From Chambers via U.S. Mail:

Orestes A. Hernandez
52270-004
FCC-ISP 1
P.O. Box 1033
Coleman, FL 33521-1033